UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Cause No.  3:10-CR-00088(01)RM |
| | ) | |
| DAMIAN B. NEWHOUSE | ) | |

<u>OPINION AND ORDER</u>

Damian Newhouse pleaded guilty in October 2010 to possession of an unregistered sawed-off shotgun in violation of 26 U.S.C. §§ 5845 and 5861(d), and was sentenced to a term of 60 months' imprisonment. As part of his plea agreement, Mr. Newhouse waived the right to appeal his conviction and sentence or to file any post-conviction proceedings. He is now before the court requesting a transcript of his February 11, 2011 sentencing hearing.

Mr. Newhouse may obtain a transcript of the sentencing hearing for a fee by contacting the court reporter at (574) 246-8039, but his right to receive transcripts at government expense under 28 U.S.C. § 753(f) ended when the criminal proceedings in this court ended.[1]

---

[1] 28 U.S.C. § 753(f) provides in pertinent part:
  Fees for transcripts furnished in criminal proceedings to persons proceeding under the Criminal Justice Act (18 U.S.C. § 3006A), or in habeas corpus proceedings to persons allowed to sue, defend, or appeal in forma pauperis, shall be paid by the United States out of moneys appropriated for those purposes. Fees for transcripts furnished in proceedings brought under section 2255 of this title to persons permitted to sue or appeal in forma pauperis shall be paid by the United States out of money appropriated for that purpose if the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal.

Accordingly, Mr. Newhouse's request for a transcript of the February 11, 2011 sentencing hearing [Doc. No. 32] is DENIED.[2]

SO ORDERED.

ENTERED:   July 28, 2011

                                       /s/ Robert L. Miller, Jr.
                                       Judge
                                       United States District Court

cc: D. Newhouse
    D. Schmid-AUSA

---

[2] Mr. Newhouse also requested copies of the plea agreement and judgment in a criminal case. Those documents are matters of public record and were mailed to Mr. Newhouse at his last known address upon receipt of the request. [*See* Doc. No. 32].